**Order filed May 8, 2014**



In The

# Court of Appeals

For The

# First District of Texas

———————————

## NO. 01-13-00259-CR

———————————

**ALYSSA PULLEN, Appellant**

**V.**

**THE STATE OF TEXAS, Appellee**

---

**On Appeal from the Co Crim Ct at Law No 4**
**Harris County, Texas**
**Trial Court Cause No. 1817849**

---

## ORDER

This court has determined, pursuant to Texas Rule of Appellate Procedure 34.5(f) and 34.6(g)(2), that it must inspect the original of State's Exhibit 4 and State's Exhibit 5.

The clerk of the Co Crim Ct at Law No 4 is directed to deliver to the Clerk of this court the original of State's Exhibit 4 and State's Exhibit 5, on or before **May 19, 2014.** The Clerk of this court is directed to receive, maintain, and keep safe this original exhibit; to deliver it to the justices of this court for their inspection; and, upon completion of inspection, to return the original of State's Exhibit 4 and State's Exhibit 5, to the clerk of the Co Crim Ct at Law No 4.

PER CURIAM